Estanislao F. O'Halloran, Blas F. O'Halloran, Ygnacio F. O'Halloran and Rafael F. O'Halloran, copartners under the firm name of O'Halloran and Company, Plaintiffs in Error, vs. Frederick A. Salmonson, Defendant in Error.

Writ of error to Circuit Court, Hillsborough county; Barron Phillips, Judge.

Shackleford & Pettingill, for Plaintiffs in Error.

P. O. Knight, for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error. Cause referred to the Commissioners and upon their report is affirmed.

Decision *Per Curiam.*